UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Mitchell Wall
    Appellant            FILED            D.C. Civil Action 3:12-CV-02112
    v                    SCRANTON         ( Kosik J. )
Dr. Brian Bushman et. als
    Defendants.          JAN 19 2016       Court of Appeals no. Third Circuit
                         PER _____           No - 15-1605
                         DEPUTY CLERK

## Request for Appointment of Counsel

    Now comes, Mitchell Wall, Pro-Se requesting this Court to appoint counsel as the Third Circuit Court of Appeals has vacated this Courts decision. Wall needs counsel at this time for he cannot do as a counsel can because Wall is restricted and confined.

    The Third Circuit has found sufficient evidence in the record that only a rational factfinder to conclude the difference in future proceedings. Therefore this court should appoint counsel for Wall. There has been no objection to this ruling by Defendants as set forth in Fed.R.App.P. 35 and 40, 3rd av LAR 35 and 40 14 days after judgment.

Respectfully submitted by

Mitchell Wall 03977-036
USP Allenwood
PO Box 3000
Whitedeer, Pa.
17887

1/12/16

All the above is true
and current to the
Best of my knowledge
under Pertinent Federal
Laws.

Mitchell Wall
INMATE NAME/NUMBER: 03977-036
FEDERAL CORRECTION COMPLEX-ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA 17887
United States penitentiary

MAILED FROM
U.S. PENITENTIARY

HARRISBURG PA 171

14 JAN 2016 PM 7 L

RECEIVED
SCRANTON
JAN 19 2016
PER ___

03977-036 Clerk of court
Usdistrict Court Middle Dist
235 N Washington AVE
po box 1148
Scranton, PA 18503
United States

18501$1148